IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW B., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | No. 24-cv-3413 |
| *Commissioner of Social Security* | : | |
| *Administration*, | : | |
| Defendant. | : | |

# ORDER

AND NOW on this 1st day of December 2025, upon consideration of Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 15), and Defendant's Response to Plaintiff's Petition for Attorney's Fees Under 42 U.S.C. § 406(b) (Doc. 16), it is hereby **ORDERED** that:

1. The Motion for Attorney's Fees (Doc. 15) is hereby **GRANTED, in part, and DENIED, in part**.

2. Jospeh B. Silver is awarded $30,000.40 in attorney's fees pursuant to 42 U.S.C. § 406(b).[1]

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge

---

[1] Upon receiving the $30,000.40 award, Mr. Silver is ordered to directly remit to Plaintiff $5,684.00, which is the sum of the fees already paid to his firm pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. See Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002).